**ARENDI S.A.R.L., Appellant**

v.

**APPLE INC., Google Inc., Motorola**
**Mobility LLC, Cross–Appellants**

2015–2069
2015–2070
2015–2071

United States Court of Appeals,
Federal Circuit.

July 11, 2016

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued

for appellant. Also represented by ROBERT M. ASHER.

JOSEPH R. PALMORE, Morrison & Foerster LLP, Washington, DC, argued for cross-appellants. Cross–Appellant Apple Inc. also represented by SETH W. LLOYD, BRIAN ROBERT MATSUI; DAVID LEE FEHRMAN, MEHRAN ARJOMAND, Los Angeles, CA.

ROBERT J. KENT, Turner Boyd LLP, Redwood City, CA, for cross-appellants Google Inc., Motorola Mobility LLC. Also represented by MATTHEW A. SMITH.

(Moore, Linn, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**